**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1597

SAMUEL T. WHATLEY, II,

　　　　Plaintiff - Appellant,

　　v.

CITY OF CHARLESTON; KAY CROSS, Director of Human Resources at CoC; JOHN J. TECKLENBURG, Mayor of CoC; CHARLESTON POLICE DEPARTMENT; SOUTH CAROLINA HUMAN AFFAIRS COMMISSION,

　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-03582-RMG)

Submitted:  October 10, 2024　　　　　　　　　　Decided:  October 15, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel T. Whatley, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley, II, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing for failure to state a claim his amended complaint alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Whatley v. City of Charleston*, No. 2:22-cv-03582-RMG (D.S.C. May 29, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*